**Pamela D. RAMSEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 102933

Missouri Court of Appeals,
Eastern District,
*DIVISION THREE.*

Filed: April 5, 2016

Maleaner R. Harvey, Asst. Public Defender, Missouri Public Defender Office, 1010 Market St., Ste. 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Mary H. Moore, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

*ORDER*

PER CURIAM.

Pamela D. Ramsey appeals the denial of her motion for a change of judge during the post-conviction proceedings and the judgment denying her Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our deci-

sion. The decision of the motion court is affirmed under Rule 84.16(b).